F. D. McArthur, of Birmingham, for appellants.

J. P. Mudd, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

5 So.2d 840

**John Ellis JACKSON v. STATE.**

**4 Div. 211.**

Supreme Court of Alabama.

Dec. 4, 1941.

Jas. J. Winn, of Clayton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Submission set aside, appeal dismissed on motion of appellant.

5 So.2d 840

**Green Franklin JOHNSON v. C. S. BREW-TON, Jr., as Trustee, etc.**

**8 Div. 158.**

Supreme Court of Alabama.

Jan. 22, 1942.

Brown, Scott & Dawson, of Scottsboro, for appellant.

Proctor & Snodgrass and J. M. Snodgrass, all of Scottsboro, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

6 So.2d 904

**B. W. JONES (Jones Produce Co.) v. STATE.**

**6 Div. 923.**

Supreme Court of Alabama.

Feb. 19, 1942.

Clifford Emond, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellee.

FOSTER, Justice.

The decree in this case is affirmed on the authority of Campbell v. State, ante, p. 215, 5 So.2d 466. There is no material difference between them, or the issues thus presented and argued.

Affirmed.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.

5 So.2d 840

**E. E. KELLEY v. CITY OF HOMEWOOD.**

**6 Div. 506.**

Supreme Court of Alabama.

Jan. 5, 1942.

PER CURIAM.

Appeal dismissed on motion of appellant.

5 So.2d 840

**E. E. KELLEY v. CITY OF HOMEWOOD.**

**6 Div. 754.**

Supreme Court of Alabama.

Jan. 5, 1942.

PER CURIAM.

Appeal dismissed on motion of appellant.